```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

OMAR DARYUSH,                          :
                                       :
    Petitioner,                       :
                                       :
vs.                                    :
                                       :   CIVIL ACTION No. 07-00809-WS-B
DAVID O. STREIFF, *et al.*,            :
                                       :
    Respondents.                      :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby dismissed as moot.

    **DONE** this 26th day of June, **2008**.

```
                              s/WILLIAM H. STEELE
                              UNITED STATES DISTRICT JUDGE
```