```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

OMAR DARYUSH,                      :
                                   :
    Petitioner,                   :
                                   :
vs.                                :
                                   :   CIVIL ACTION No. 07-00809-WS-B
DAVID O. STREIFF, *et al.*,        :
                                   :
    Respondents.                  :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this petition be and is hereby dismissed as moot.

**DONE** this 26th day of June, **2008.**

                                            s/WILLIAM H. STEELE
                                            UNITED STATES DISTRICT JUDGE